1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. CIV-S-04-1896 MCE/DAD

12           Plaintiff,

13       v.                          **ORDER RE: SETTLEMENT AND**
                                     **DISPOSITION**
14  APPROXIMATELY $9101.00 IN
    U.S. CURRENCY,
15
    2000 TOYOTA TUNDRA, VIN:
16  5TBRT341XYS004769,
    CALIFORNIA, LICENSE NUMBER
17  6B33013,

18           Defendants.
    _____/
19
    STEVEN CABALLERO,
20
             Claimant.
21  _____/

22       Pursuant to the representations of the attorney for

23  plaintiff, the court has determined that this case is settled.

24       In accordance with the provisions of Local Rule 16-160,

25  dispositional documents are to be filed on or before November 28,

26  2005.

27  ///

28  ///

1    Failure to comply with this order may be grounds for the

2    imposition of sanctions on any and all counsel as well as any

3    party or parties who cause non-compliance with this order.

4    IT IS SO ORDERED.

5    DATED: November 4, 2005

6

7

8    _____
     MORRISON C. ENGLAND, JR
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28