McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $9,101.00 IN U.S. CURRENCY,<br><br>2000 TOYOTA TUNDRA, VIN: 5TBRT341XYS004769, CALIFORNIA LICENSE NUMBER 6B33013,<br><br>　　　　Defendants. | **2:04-CV-1896 MCE/DAD**<br><br>**FINAL JUDGMENT OF FORFEITURE** |

　　　Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

　　　1.　This is a civil forfeiture action against approximately $9,101.00 in U.S. Currency seized from claimant's residence in San Bernadino County on February 17, 2004 by the California Bureau of Narcotics Enforcement ("BNE"), and a 2000 Toyota Tundra seized from claimant in Shasta County by BNE on February 17, 2004.  Both seizures were adopted by the United States Drug Enforcement Administration on March 12, 2004.

　　　2.　A Complaint for Forfeiture In Rem was filed on or about

1

1  September 10, 2004, seeking the forfeiture of the defendant
2  currency and the truck, alleging that said currency is subject to
3  forfeiture to the United States pursuant to 21 U.S.C. §
4  881(a)(6), and that the truck is subject to forfeiture pursuant
5  to 21 U.S.C. § 881(a)(4).
6      3.   On or about September 10, 2004, the Court issued a
7  Warrant of Arrest In Rem for the defendant currency and the
8  defendant truck and that warrant was duly executed on or about
9  September 28, 2004.
10      4.   On or about September 14, 2004, copies of the Complaint
11 for Forfeiture In Rem, Summons and Warrant of Arrest In Rem,
12 Affidavit, Application and Order for Publication, and court
13 notices were served by certified mail on claimant.
14      5.   On or about November 30, December 7, and December 14,
15 2004, a Public Notice of Arrest of defendant currency and truck
16 appeared by publication in the Record Searchlight, a newspaper of
17 general circulation in Shasta County.  On or about January 26,
18 2005, a Public Notice of Arrest of defendant currency and truck
19 appeared by publication in The Sun, a newspaper of general
20 circulation in San Bernadino County.  The Proofs of Publication
21 were filed with the Court on January 18, 2005 (The Record
22 Searchlight) and February 9, 2005 (The Sun).
23      6.   Other than claimant, no other parties have filed claims
24 or answers in this matter, and the time for which any person or
25 entity may file a claim and answer has expired.
26      Based on the above findings, and the Court being otherwise
27 fully advised in the premises, it is hereby
28      ORDERED AND ADJUDGED;

2

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Steven Caballero and all other potential claimants who have not filed claims in this action.

3. That all right, title, and interest in the defendant currency, together with any interest that may have accrued, is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6).

4. That the United States Marshals Service shall return the defendant truck to claimant herein within 60 days after entry of this Final Judgment of Forfeiture. The U.S. Marshals Service will make arrangements for the return of the truck in consultation with claimant's attorney, John Cogorno. The claimant will be responsible for any expenses, including but not limited to travel expenses, he may incur in taking possession of the defendant truck.

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest/seizure or forfeiture of defendant currency, and arising out of or in any way connected with the arrest/seizure of the defendant truck. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest/seizure or forfeiture, as well as to those now known or disclosed. The parties to this agreement waive the

3

1  provisions of California Civil Code § 1542.
2       6.   That claimant waives any and all claim or right to
3  interest that may have accrued on the defendant currency.
4       7. That pursuant to the stipulation of the parties, and
5  allegations set forth in the Complaint for Forfeiture In Rem
6  filed on September 10, 2004, the Court finds that there was
7  reasonable cause for the seizure of the defendant currency and
8  the defendant truck, and a Certificate of Reasonable Cause
9  pursuant to 28 U.S.C. § 2465 shall be entered accordingly.
10      8.   That all parties are to bear their own costs and
11 attorney fees.

13 DATED: November 17, 2005

16                              _____
                                MORRISON C. ENGLAND, JR
17                              UNITED STATES DISTRICT JUDGE

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint for Forfeiture In Rem filed September 10, 2004, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant currency and the defendant truck.

Dated: November 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

5